# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MICHAEL ROY KELLY, #390105 | § § § |
| v. | §  CIVIL ACTION NO. 3:22-CV-2215-S-BT |
| OIL DEPOT AUTOMOTOR SHOP and CRYSTAL M. TRAYLOR | § § § § |

## **ORDER**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 16, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

SIGNED December 13, 2022.

_____
**UNITED STATES DISTRICT JUDGE**